# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Kevin Eliel Aguirre Solis, | Case No.: 2:26-cv-00053-APG-EJY |
|     Petitioner, | **Order Waiving Requirements under Local Rule IC 2-1 for Student Attorneys** |
| v. | |
| John Mattos, et al., | |
|     Respondents | |

    I HEREBY ORDER that the requirement under Local Rule IC 2-1 to complete a registration for an electronic filing account on PACER is hereby waived in this case only for Student Attorneys Raymond Wu and Tia Zghaib, who are practicing in this case under Local Rule IA 11-5. Documents filed in this case do not need to be separately served upon Mr. Wu or Ms. Zghaib. Rather, service on their faculty supervising attorney (Michael Kagan) is sufficient.

    DATED this 2nd day of February, 2026.


ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE